IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
No. 5:23-CV-374-BO-BM

| | |
|---|---|
| U.S. TOBACCO COOPERATIVE INC., f/k/a FLUE-CURED TOBACCO COOERATIVE SPECIALIZATION CORPORATION,<br><br>        Plaintiff,<br><br>    v.<br><br>AXIS SPECIALITY INSURANCE COMPANY<br><br>        Defendant. | **ORDER** |

This matter is before the court regarding the joint motion [DE-29] for modification of the court's August 21, 2024 order staying discovery in this matter and requiring that a joint status report, or revised Rule 26(f) report be filed by September 23, 2024. For good cause shown, for the reasons stated in the joint motion, the court GRANTS the motion. IT IS THEREFORE ORDERED that the parties shall file a joint status report, or revised Rule 26(f) report, no later than **September 26, 2024**. The joint report shall advise the court of the parties' position(s) with regard to further scheduling and discovery in this matter.

SO ORDERED, this 29th day of August, 2024.

_____
Brian S. Meyers
United States Magistrate Judge